**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| REGIONAL EQUITIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2550 |
| | § | |
| NORTH POINTE INSURANCE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Regional Equities, LLC has moved to compel appraisal, (Docket Entry No. 17), and North Pointe Insurance has responded that it does not object to appraisal provided that the appraisal does not involve coverage disputes, (Docket Entry No. 19). Both parties have stated that they agree that the appraisal will be limited to the extent of flood damage to each covered item and the cost of repair or replacement.

Regional Equities's motion to compel appraisal, (Docket Entry No. 17), is granted. The case is stayed pending appraisal. The parties must notify this court when the appraisal is concluded and the result within 14 days after the appraisers issue their report.

SIGNED on June 20, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge